IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01457-RPM

THOMAS WHELAN,

      Plaintiffs,

v.

MINNESOTA LIFE INSURANCE COMPANY,

      Defendant.

---

ORDER GRANTING MOTION TO AMEND COMPLAINT TO ADD CLAIM FOR PUNITIVE DAMAGES

---

On November 2, 2010, the plaintiff filed a motion to amend complaint to add a claim for punitive damages and on November 24, 2010, the defendant filed its opposition. The plaintiff filed a reply on December 13, 2010. Attached to these pleadings are exhibits, some of which are filed under seal. Recognizing that this is a case brought under diversity jurisdiction making Colorado law applicable, the Colorado procedure for pleading punitive damages is a procedural provision which is not applicable in this court. Even assuming applicability, it is a waste of judicial resources to evaluate the plaintiff's possible ability to present evidence which would support submitting punitive damages to a jury. Whether or not punitive damages will go to the jury will be determined at trial under the provisions of Fed.R.Civ.P. 50(a). It is now

      ORDERED that the plaintiff's motion to amend complaint is granted and the amended complaint tendered therewith as Exhibit 1 is filed.

      Dated:   December 23rd, 2010

                                        BY THE COURT:
                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge