# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                  March 15, 2011
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

___

Civil Action No. 10-cv-01457-RPM

THOMAS WHELAN,                                              Zachary C. Warzel

    Plaintiff,

v.

MINNESOTA LIFE INSURANCE COMPANY,                           Barney M. Holtzman
                                                            William J. Garehime, Jr.

    Defendant.

___

## COURTROOM MINUTES
___

**Hearing on Motion to Compel**

**2:00 p.m.        Court in session.**

Court's preliminary remarks and states its view regarding the filing of written communications between counsel.

Mr. Holtzman answers questions asked by the Court regarding the status of the case.
Mr. Holtzman states defendant has since determined the plaintiff is not disabled as defined by the policy.

Argument by Mr. Holtzman [32].
Argument by Mr. Warzel.

**ORDERED:    Plaintiff's Forthwith Motion to Compel Production of Documents and Request for Sanction, filed January 21, 2011[32], is denied.**

Discussion regarding status of discovery (depositions) and plaintiff's medical condition.

Discussion regarding scheduling.

**ORDERED:    Pretrial conference set May 20th, 2011 at 2:00 p.m.**

**2:34 p.m.        Court in recess.**        Hearing concluded.  Total time: 34 min.