IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01457-RPM

THOMAS WHELAN,

    Plaintiffs,

v.

MINNESOTA LIFE INSURANCE COMPANY,

    Defendant.

---

ORDER SETTING TRIAL DATE

---

Pursuant to the pretrial conference held May 20, 2011, it is

ORDERED that this matter is set for trial to jury on **September 12, 2011, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: May 20th, 2011

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge