IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01457-RPM

THOMAS WHELAN,

      Plaintiffs,

v.

MINNESOTA LIFE INSURANCE COMPANY,

      Defendant.

---

### ORDER RESPONDING TO MOTION FOR CLARIFICATION

---

On June 2, 2011, the plaintiff filed a Motion for Clarification and Reconsideration of Order Prohibiting Use of Expert Witnesses.  The motion refers to the minutes of the pretrial conference held May 20, 2011, in which the order reads that neither the plaintiff nor defendant may utilize expert witnesses.  The minute order is not correct.  The only expert witnesses which this court is precluding is the plaintiff's witness Professor Garth Allen on the subject of industry standards in claims administration.  It is this Court's continuing view that the proposed testimony of this witness is not necessary under Fed.R.Civ.P. 702, given the denial of coverage based upon the full-time employment of the plaintiff.  No defense witness on industry standards will be permitted either.  Expert testimony on the subject of the plaintiff's medical conditions and treatment will, of course, be admissible.  They are identified in the submitted pretrial order.  The proposed final pretrial order has been modified to strike the designation of Professor Garth Allen on page 14.

SO ORDERED.

Dated:   June 6th, 2011

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior District Judge