IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01457-RPM

THOMAS WHELAN,

      Plaintiffs,

v.

MINNESOTA LIFE INSURANCE COMPANY,

      Defendant.

---

## ORDER FOR DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice [60] filed August 19, 2011, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

Dated:    August 22nd, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge